UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY GLENN LIBBY, aka ZACHERY GLENN LIBBY,<br><br>        Petitioner,<br><br>vs.<br><br>WARDEN DARREL ADAMS,<br><br>        Respondent. | Case No. EDCV 09-0870-RC<br><br>JUDGMENT |

    Pursuant to the Opinion and Order on a petition for habeas corpus,

    IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and the action is DISMISSED with prejudice.

DATED: November 12, 2010    /S/ ROSALYN M. CHAPMAN
                                      ROSALYN M. CHAPMAN
                                      UNITED STATES MAGISTRATE JUDGE

R&Rs-MDOs\09-0870.jud
11/12/10